## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

TRANSITO TRUJILLO,

      Plaintiff,

vs.                                                                                                       No. CIV 02-1146 JB/LFG

BOARD OF EDUCATION OF THE
ALBUQUERQUE PUBLIC SCHOOLS,
JOSEPH VIGIL and SUSIE PECK, Albuquerque
Public Schools Superintendents individually and
in their official capacities; ANTHONY GRIEGO,
Principal, Valley High School, individually and in
his official capacity; BRUCE SMITH, Valley High
School Assistant Principal, individually and in his
official capacity; RONALD WILLIAMS, Director
of Certified Staffing, Albuquerque Public Schools,
individually and in his official capacity; and MARK
MAYERSTEIN, Valley High School employee,
individually and in his official capacity,

      Defendants.

      and

TRANSITO TRUJILLO,

      Plaintiff,

vs.                                                                                                         No. CIV 03-1185 JB/LFG

BOARD OF EDUCATION OF THE
ALBUQUERQUE PUBLIC SCHOOLS;
MARK MAYERSTEIN, Senior ROTC
Instructor, and ANTHONY GRIEGO,
Valley High School Principal, in their
official and Individual capacities,

      Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Plaintiff Transito Trujillo's Motion to Compel Defendants to Caption Their Motions as Consolidated, filed April 8, 2004 (Doc. 122).  The Court will grant Plaintiff Transito Trujillo's motion.

On March 11, 2004, the Honorable Judge Robert H. Scott, United States District Court Magistrate Judge, granted the Defendants' motion to consolidate Nos. Civ 02-1146 and Civ. 03-1185.  See Order, filed March 11, 2004, at 1 (Doc. 115).  Under local rule 10.1: "The first page of each paper must have the case file number and initials of the assigned Judges."  D.N.M.LR-Civ. 10.1.  Because the cases are now consolidated, the Court will grant Trujillo's motion.

**IT IS ORDERED** that Plaintiff Transito Trujillo's Motion to Compel Defendants to Caption Their Motions as Consolidated is granted and all filings with the Court must contain the consolidated caption heading.

_____
UNITED STATES DISTRICT JUDGE

Transito Trujillo
Albuquerque, New Mexico

    *Pro se Plaintiff*

Max J. Madrid
Alex C. Walker
Modrall, Sperling, Roehl, Harris & Sisk
Albuquerque, New Mexico

    *Attorneys for Defendants Board of Education,*
    *Albuquerque Public Schools; Joseph Vigil;*
    *Susie Peck; Anthony Griego; Bruce Smith;*
    *and Ronald Williams*

Richard L. Alvidrez
Sean Olivas
Keleher & McLeod
Albuquerque, New Mexico

    *Attorneys for Defendant Mark Mayerstein*